

# IN THE
# TENTH COURT OF APPEALS

———————————

## No. 10-12-00377-CV

## IN RE MARY FLENTGE MCCAULEY,
## WILLIE O. FLENTGE, JR., AND CHARLES RAY FLENTGE

———————————

## Original Proceeding

## MEMORANDUM OPINION

Without regard to the parties' arguments on the interpretation of the corporate by-laws' restriction on stock transferability or the validity of the testamentary transfers of stock at issue, the court finds that relators have not established that they lack an adequate remedy by appeal. Accordingly, the petition for writs of mandamus and prohibition is denied, and the stay of all proceedings in the trial court is vacated.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed March 21, 2013
[OT06]